UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

TINA M. COMPO,

                Plaintiff,

                                                                       No. 6:05-CV-973
v.                                                         (FJS/RFT)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

APPEARANCES:                                OF COUNSEL

CONBOY, McKAY LAW FIRM            LAWRENCE D. HASSELER, ESQ.
Attorney for Plaintiff
307 State Street
Carthage, New York 13619

HON. ANDREW T. BAXTER             WILLIAM H. PEASE, ESQ.
United States Attorney                   Assistant U.S. Attorney
   for the Northern District of New York
Attorney for Defendant
P.O. Box 7198
100 South Clinton Street
Syracuse, New York 13261-7198

**FREDERICK J. SCULLIN, JR., S.J.:**

## DECISION AND ORDER

     The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge Randolph F. Treece filed June 22, 2009 and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no objections to said Report-

Recommendation having been filed, the Court hereby

**ORDERS** that the Report-Recommendation of Magistrate Judge Randolph F. Treece filed June 22, 2009 is **ACCEPTED** in its entirety for the reasons stated therein; and the Court further

**ORDERS** that THE Commissioner's decision denying disability benefits is **REVERSED** and this matter is **REMANDED** to the Commissioner for further proceedings consistent with the Report-Recommendation.

**IT IS SO ORDERED.**

Dated: July 22, 2009
      Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge