## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Tina M. Compo,**
        **Plaintiff,**

vs.     **CASE NUMBER: 605cv973**
        **FJS/RFT**

**Commissioner of Social Security,**

        **Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, the Report Recommendation of Magistrate Judge Randolph T. Treece is accepted in its entirety. The Commissioners's decision denying disability benefits is REVERSED and this matter is REMANDED to the Commissioner for further proceedings consistent with the Report and Recommendation.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, dated the 23rd day of July, 2009.

DATED: July 23, 2009

*Lawrence K. Baerman*
Clerk of Court

        s/
Marie N. Marra
Deputy Clerk